# EXHIBIT 12

MONROE COUNTY CLERK'S OFFICE                THIS IS NOT A BILL. THIS IS YOUR RECEIPT.

Receipt # 2473365

Book   Page   CIVIL

Return To:
AARON H. MARKS
601 Lexington Avenue
NEW YORK, NY 10022

No. Pages: 3

Instrument: EXHIBIT(S)

Control #:      202008261339
Index #:        E2020003156

Date: 08/26/2020

Posadas de Puerto Rico Associates, L.L.C.                Time: 5:02:41 PM

Condado Plaza Acquisition, LLC
Condado Plaza Acquisition Lagoon, LLC
Condado Acquisition Plaza Ocean, LLC

Total Fees Paid:                                    $0.00

Employee:

State of New York

MONROE COUNTY CLERK'S OFFICE
WARNING – THIS SHEET CONSTITUTES THE CLERKS
ENDORSEMENT, REQUIRED BY SECTION 317-a(5) &
SECTION 319 OF THE REAL PROPERTY LAW OF THE
STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

JAMIE ROMEO

MONROE COUNTY CLERK



FILED: MONROE COUNTY CLERK 08/26/2020 05:01 PM
NYSCEF DOC. NO. 105

20-12094-mew  Doc 12-12  Filed 09/11/20  Entered 09/11/20 15:52:21  Exhibit 12
Pg 3 of 4

INDEX NO. E2020003156
RECEIVED NYSCEF: 08/26/2020

# EXHIBIT F



**MARK W. BENNETT**
CLERK OF THE COURT

NEW YORK STATE SUPREME COURT
APPELLATE DIVISION, FOURTH DEPARTMENT
M. DOLORES DENMAN COURTHOUSE
50 EAST AVENUE, SUITE 200
ROCHESTER, NEW YORK 14604
(585) 530-3100  Fax (585) 530-3247





**ALAN L. ROSS**
DEPUTY CLERK OF THE COURT

**VIA EMAIL ONLY**

July 24, 2020

Anthony D. Dougherty, Esq. (Adougherty@tarterkrinsky.com)
Tarter Krinsky & Drogin LLP
1350 Broadway
New York, New York 10018

Re:   Posadas de Puerto Rico Assocs., L.L.C. v Condado Plaza Acquisition, LLC
      Docket No. CA 20-00875

Dear Mr. Dougherty:

   Your application for an order to show cause was presented to the Honorable Nancy E. Smith, and her Honor declined to sign the order to show cause.

Very truly yours,

*Ivan Lee*

Ivan E. Lee
Principal Appellate Court Attorney

IEL/sl
pc:   Aaron Marks, Esq. (aaron.marks@kirkland.com)
      Jonathan E. Temchin, Esq. (jtemchin@tarterkrinsky.com)
      Joseph M. Sanderson, Esq. (josph.sanderson@kirkland.com)
      Jace A. Cearley, Esq. (jace.cearley@kirkland.com)
      Giselle Sedano, Esq. (giselle.sedano@kirkland.com)
      Lena Peralta (lperalta@tarterkrinsky.com)